UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

      v.        Criminal No. 03-cr-39-01-PB

<u>Jennifer Prodeur</u>

<u>O R D E R</u>

I hereby recuse myself from this case.

SO ORDERED.

January 18, 2007           /s/ Paul Barbadoro
                Paul Barbadoro
                United States District Judge

cc: Donald Feith, Esq.
   U. S. Probation
   U. S. Marshal
   Jonathan Saxe, Esq.
   Michael J. Sheehan, Esq.