UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

    v.                      Criminal No. 03-cr-39-01-SM

<u>Jennifer Brodeur</u>


                        <u>ORDER</u>

Re: Document No. 34, Motion to Intervene

Ruling: Denied. There is no case pending in which to intervene; this matter has long since been closed. Moreover, this was a criminal prosecution in which intervention by a third party (the estate) is plainly inappropriate. There are no doubt other avenues by which counsel can seek to properly obtain the requested document, e.g. in the court of civil discovery by third party subpoena, or by written request to the U. S. Probation Office accompanied by a request that court approval be sought, or perhaps via the Freedom of Information Act. But intervention in a closed criminal case is not available as a means of obtaining either civil discovery or access to government documents.

                                              _____
                                              Steven J. McAuliffe
                                              Chief District Judge

Date: February 13, 2007

cc: Donald Feith, Esq.
    Jonathan Saxe, Esq.
    Michael Sheehan, Esq.